IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CRITICAL AIR RESPONSE ENTERPRISES,
LLC,

Plaintiff,

vs.                                    Civil No. 1:12-CV-00356-WDS-ACT

NEW MEXICO DEPARTMENT OF HEALTH;
CATHERINE TORRES, Secretary of the New
Mexico Department of Health, in her individual
capacity; WALLY VETTE, Deputy Secretary of
the New Mexico Department of Health, in his
individual capacity; KYLE THORNTON, New
Mexico Department of Health Emergency Medical
Systems Bureau Chief, in his individual capacity;
CHARLES SCHROEDER, New Mexico
Department of Health Emergency Medical Systems
Bureau Licensing Manager, in his individual
capacity; and the COMMISSION ON
ACCREDITATION OF MEDICAL TRANSPORT
SYSTEMS, a Pennsylvania Non-Profit Corporation,

Defendants.

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

THIS MATTER having come before the Court on the Motion of the Defendants New Mexico Department of Health, Catherine Torres, Wally Vette, Kyle Thornton, and Charles Schroeder for an extension of time in which to file a responsive pleading or motion and the Court being otherwise fully advised in the premises FINDS good cause exists for granting said Motion.

IT IS THEREFORE ORDERED, ADJUDGE AND DECREED that the Defendants New Mexico Department of Health, Catherine Torres, Wally Vette, Kyle Thornton, and Charles

Schroeder are granted until June 1, 2012 to file a responsive pleading or motion in this matter.

_____
W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE